UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 15334
    ELLEN MARIE CARRILLO
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-7152

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 04/19/2004 and was confirmed 07/26/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  35.76% from remaining funds.

       The case was dismissed after confirmation 06/16/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SV | SECURED | 11000.00 | 1303.66 | 11000.00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | 12332.15 | .00 | 2902.45 |
| AMERIQUEST MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERIQUEST MORTGAGE | MORTGAGE ARRE | 878.25 | .00 | 878.25 |
| CITY OF CHICAGO WATER DE | SECURED | 634.00 | 41.46 | 634.00 |
| COOK COUNTY TREASURER | SECURED | 297.69 | 47.06 | 297.69 |
| CITY OF CHICAGO PARKING | UNSECURED | 50.00 | .00 | 6.00 |
| NEW YORK CITY DEPT OF FI | PRIORITY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1035.35 | .00 | 243.67 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 1081.19 | .00 | 254.47 |
| SHERMAN ACQUISITION LLC | UNSECURED | 263.85 | .00 | 49.46 |
| ECAST SETTLEMENT CORP | UNSECURED | 1600.42 | .00 | 376.67 |
| SUNRISE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | 532.87 | .00 | 125.41 |
| US DEPT OF EDUCATION | UNSECURED | 2089.27 | .00 | 491.72 |
| AMERICREDIT FINANCIAL SV | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | 1491.07 | .00 | 350.93 |
| CITY OF CHICAGO WATER DE | UNSECURED | 79.97 | .00 | 9.60 |
| DONNA M VAN POLEN & ASSO | DEBTOR ATTY | 1,500.00 | | 1,500.00 |
| TOM VAUGHN | TRUSTEE | | | 1,207.47 |
| DEBTOR REFUND | REFUND | | | 30.03 |

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 21,750.00

PRIORITY                                        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 15334 ELLEN MARIE CARRILLO

```
SECURED                                            12,809.94
     INTEREST                                       1,392.18
UNSECURED                                           4,810.38
ADMINISTRATIVE                                      1,500.00
TRUSTEE COMPENSATION                                1,207.47
DEBTOR REFUND                                          30.03
                         ---------------     ---------------
TOTALS                         21,750.00           21,750.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 09/24/08           /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE